UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEC FINANCIAL SERVICES, LLC<br><br>Plaintiff,<br><br>- against -<br><br>PRACTICALLY PERFECT DAY SPA AND SALON LLC and LISA FURILLA, a/k/a Lisa Maechelle Furilla, a/k/a Lisa M Furilla, a/k/a Lisa Merrion, individually<br><br>Defendants. | Case No.: 2:24-cv-1488<br><br>**CIVIL ACTION**<br><br>**NOTICE OF MOTION FOR ENTRY OF DEFAULT JUDGMENT** |

**PLEASE TAKE NOTICE**, that, upon the annexed Affirmation of Michael F.J. Romano, Esq. , dated December 17, 2024, the annexed Declaration of Samuel Enad, sworn to December 11, 2024, and the exhibits annexed thereto; and the accompanying Memorandum of Law, dated December 17, 2024; and upon all prior pleadings and proceedings had herein, Plaintiff, NEC Financial Services, LLC ("Plaintiff" and/or "NECFS"), will move this Court, before the Honorable Gary R. Brown and Honorable Anne Y. Shields at the Courthouse of the United States District Court, Eastern District of New York, located at 100 Federal Plaza, Courtroom 1030, Central Islip, New York 11722, at such date and time as will be set by the Court, for an Order:

(i) **pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure**, granting Plaintiff a judgment by default against Defendants, Practically Perfect Day Spa and Salon LLC ("Practically Perfect") and Lisa Furilla, a/k/a Lisa Maechelle Furilla a/k/a Lisa M Furilla a/k/a Lisa Merrion, individually ("Lisa Furilla"), on the First and Third Counts asserted in Plaintiff's Complaint, dated February 28, 2024 (ECF Doc. No. 1);

1

(ii) pursuant to 28 U.S.C. §1961, awarding Plaintiff post-judgment interest; and

(iii) for such other and further relief as the Court deems proper and just.

Dated: January 16, 2025

**ROMANO, GARUBO & ARGENTIERI
COUNSELORS AT LAW, LLC**
Attorneys for Plaintiff

By: */s/ Michael F.J. Romano, Esq.*
Michael F.J. Romano
Evan J. Salan
52 Newton Avenue
P.O. Box 456
Woodbury, New Jersey 08096

To: Practically Perfect Day Spa and Salon LLC
225 Reformation Parkway – Suite 116
Canton, Georgia 30114

Lisa Furilla a/k/a Lisa Maechelle Furilla a/k/a Lisa M Furilla a/k/a Lisa Merrion
533 Slew Drive
Canton, Georgia 30115